IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WILLIAM DOUGLAS MARTIN                                                            PLAINTIFF

v.                          CASE NO. 2:21-CV-2114

JAIL ADMINISTRATOR
NICK McKITTRICK                                                                   DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 17) from Chief United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice for failure to prosecute. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this February 22, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE